624

460 A.2d 862

Commonwealth v. Coolidge, Appellant.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

460 A.2d 863

Commonwealth v. Curry, Appellant.

Petition for Allowance of Appeal
Denied Aug. 16, 1983.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Affirmed.